In re: YELLOW CORPORATION, et al.

Debtors

DANIEL H. GOLDEN, in his capacity as trustee of the Yellow Liquidating Trust as successor in interest on behalf of Yellow Corporation, et. al.,

Appellant