OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

September 4, 2026

Yingtao Ho
The Previant Law Firm
310 W Wisconsin Avenue
Suite 100 MW
Milwaukee, WI 53203

Susan E. Kaufman
Law Office of Susan E. Kaufman
919 N Market Street
Suite 460
Wilmington, DE 19801

Emma M. Woods
Beck Chaet Bamberger & Polsky
330 E Kilbourn Avenue
Tower 2, Suite 1085
Milwaukee, WI 53202

In re: Yellow Corporation, et al
Case Number: 26-2911
District Court Case Number: 1:25-cv-00307

Dear Counsel:

Pursuant to our docketing letter dated **August 19, 2026**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**
**Disclosure Statement**

The above listed forms must be completed within **fourteen (14) days** of the date of this letter. **If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: *s/ Aina*
Legal Assistant
267-299-4957

cc:
George W. Hicks Jr., Esq.
Laura D. Jones, Esq.
Peter J. Keane, Esq.