**Appeal Nos. 26-2751 and 26-2911**

**UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

---

In re: Yellow Corporation, *et al.*
(D. Del. No. 1:25-cv-00307)

International Brotherhood of Teamsters, *et al.*
*Appellants and Cross-Appellees*

v.

Daniel H. Golden, as Liquidating Trustee on behalf of Yellow Corporation, *et al.*
*Appellees and Cross-Appellants*

---

On Appeal from the United States Bankruptcy Court
for the District of Delaware
The Honorable Craig T. Goldblatt
No. 23-bk-11069

---

# INTERNATIONAL BROTHERHOOD OF TEAMSTERS, TEAMSTERS NATIONAL FREIGHT INDUSTRY NEGOTIATING COMMITTEE, AND INTERNATIONAL ASSOCIATION OF MACHINISTS' MOTION FOR EXTENSION OF TIME

---

Appellants and Cross-Appellees, International Brotherhood of Teamsters, Teamsters National Freight Industry Negotiating Committee, and International Association of Machinists ("Unions"), by their attorneys, hereby move the Court pursuant to Federal Rule of Appellate Procedure 26(b) and Third Circuit LAR 31.4

to extend the deadline for the Unions to file their Opening Brief and Appendix, and in support of their motion state as follows:

1. On October 1, 2026, all parties to the captioned appeal and cross-appeal participated in mediation and agreed to terms to resolve all of the WARN Act claims that are subject to the appeal and the cross-appeal. On October 2, 2026, Appellees and Cross-Appellants Trustee Golden informed the Unions that the Yellow Liquidating Trust's Board of Managers had approved the settlement terms that were read to the parties during the final joint mediation session.

2. On October 21, 2026, Trustee Golden sent the Unions a proposed Term Sheet.

3. The Unions need some time to work with Trustee Golden to agree to a final version of the Term Sheet.

4. The current deadline for the Unions to file their First Step Brief and Joint Appendix is October 27, 2026. (D.I. Nos. 22-2 (appeal) / 19-2 (cross-appeal)). The Unions initially approached the Trustee and proposed requesting an extension of 21 days. In response, the Trustee indicated that he would support a 45-day extension. Due to the complicated issues associated with agreeing to and implementing a term sheet that affects approximately 20,000 members of Teamsters and Machinists' bargaining units, the Unions support the Trustee's proposal for a longer extension.

5. Therefore, the Unions respectfully request that the Court extend this deadline by 45 days to December 11, 2026, so that the Unions can try to reach an agreement with Trustee Golden that would allow the parties to file with the Court a Joint Motion to hold the briefing schedule in abeyance.

6. Based on the Liquidating Trustee's statement that he supports a 45-day extension, counsel for the Union certifies that the Liquidating Trustee does not oppose the relief requested by this motion.

Dated: October 22, 2026

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*

Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

-and-

Yingtao Ho
THE PREVIANT LAW FIRM, S.C.
310 W Wisconsin Ave, Suite 100MW
Milwaukee, Wisconsin 53203
(414) 271-4500
(414) 271-6308 Fax
yh@previant.com

*Counsel for Appellants and Cross-Appellees International Brotherhood of Teamsters, Teamsters National Freight Industry Negotiating Committee, and International Association of Machinists*

**CERTIFICATE OF COMPLIANCE**

Pursuant to *Federal Rule of Appellate Procedure* 27, the undersigned certifies that Unions' Motion for Extension of Time complies with the length limitation of Federal Rule of Appellate Procedure 27(d)(2) and the typeface and type styles of Federal Rule of Appellate Procedure 32(a)(5) and (6) because this Motion contains 362 words; and has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Date: October 22, 2026

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*

Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of October 2026, I electronically filed the foregoing Unions' Motion for Extension of Time via CM/ECF, which will send notice of the filing to all counsel of record.

Date: October 22, 2026

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*

Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com