UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. 26-2751 & 26-2911**

In Re: Yellow Corporation

To: Clerk

1) Motion by Appellants/Cross-Appellees International Brotherhood of Teamsters, Teamsters National Freight Industry Negotiating Committee & International Association of Machinists & Aerospace Workers for Extension of Time to File Brief and Appendix

---

The foregoing motion is granted. Appellants/Cross-Appellees' brief and appendix must be filed and served on or before December 11, 2026. A renewed motion for extension of time may be filed provided that any renewed motion set for the progress of the settlement discussions.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: October 26, 2026
cc: George W. Hicks, Esq.
Laura D. Jones, Esq.
Peter J. Keane, Esq.
Yingtao Ho, Esq.
Susan E. Kaufman, Esq.